UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BENJAMIN CRUZAT-ANDERSON,

                    Plaintiff,

          v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

CASE NO. 3:26-cv-05111-LK

ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS

The Court GRANTS Plaintiff Benjamin Cruzat-Anderson's in forma pauperis application. Dkt. No. 1. Plaintiff does not appear to have funds available to afford the Court filing fee. The Court ORDERS:

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Plaintiff has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), no service of a summons and a complaint, or notice of service, is required.

2. The Clerk shall notify Defendant that this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

to the United States Attorney for the Western District of Washington.

3. No later than seven days following the Court's notification to the Commissioner of the commencement of the action as provided for in this Order, Plaintiff shall provide the United States Attorney's Office with Plaintiff's full name and social security number (or in the alternative, Beneficiary Notice Code), either by email to USAWAW.SSAClerk@usdoj.gov or delivery, by hand or mail, to "SSA Clerk Civil Division" at 700 Stewart Street, Suite 5220, Seattle, WA 98101.

4. Defendant shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this Order.

Dated this 9th day of February, 2026.

Lauren King
United States District Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2